JUDGE STEIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -

MARIA LODGE,

           Defendant.

- - - - - - - - - - - - - - - - - - x

INDICTMENT

08 Cr.

**08 CRIM 175**

## COUNT ONE

The Grand Jury charges:

On or about August 27, 2001, and continuing thereafter, in the Southern District of New York and elsewhere, MARIA LODGE, the defendant, having been released on bail in connection with a charge of an offense punishable by 10 years' imprisonment, unlawfully, willfully, and knowingly did fail to surrender for service of sentence pursuant to a court order, to wit, LODGE failed surrender for service of sentence in the United States District Court for the Southern District of New York in the matter of United States v. Maria Lodge, 00 Cr. 1285 (JSM), on August 27, 2001, or at any time thereafter.

      (Title 18, United States Code, Sections 3146(a)(2)
              and (b)(1)(A)(ii).)

_/s/ Foreperson_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MARIA LODGE,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. §§ 3146(a)(1) and (b)(1)(A)(ii))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

Post 11-1-87
3/3/08 Filed Ind.
Ellis J.